UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VERONICA PIETROWSKI,

    Plaintiff,

v.                                                       Case No. 06-CV-12718

MERCHANTS AND MEDICAL CREDIT
CORPORATION

    Defendant.
                                                       /

**JUDGMENT FOR ATTORNEY'S FEES AND COSTS**

In accordance with the court's "Opinion and Order Denying Plaintiff's Petition for Attorney Fees and Granting Defendant's Petition for Attorney's Fees," dated July 25, 2008,

IT IS ORDERED AND ADJUDGED that Plaintiff Veronica Pietrowski shall pay Defendant Merchants & Medical Credit Corporation $38,215.00 in reasonable attorney's fees and $1,403.85 in reasonable costs incurred.  Dated at Detroit, Michigan, this 25th day of July, 2008.

                                                              DAVID J. WEAVER
                                                              CLERK OF THE COURT

                                             BY: S/Lisa Wagner
                                                      Lisa Wagner, Deputy Clerk
                                                      and Case Manager to
                                                      Judge Robert H. Cleland